# UNITED STATES DISTRICT COURT

## DISTRICT OF MASSACHUSETTS

04 CR 10341 GAO

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. |
|  | ) |  |
|  | ) | VIOLATIONS: |
| v. | ) |  |
|  | ) | 18 U.S.C. § 1341 (Mail Fraud) |
| GEORGE L. BERRIOS | ) | 18 U.S.C. § 1343 (Wire Fraud) |
|  | ) | 18 U.S.C. § 2 (Aiding and Abetting) |
|  | ) |  |

## INDICTMENT

The Grand Jury charges that:

### GENERAL ALLEGATIONS

1.    At all times relevant to this indictment, GEORGE L. BERRIOS resided in Massachusetts.

2.    At all times relevant to this indictment, Luis Cabrera and others not known to the grand jury obtained the identification information of other individuals, including these other individuals' names, addresses, dates of birth, and social security numbers.

3.    On or about March 7, 2003, BERRIOS purchased a 2003 Mitsubishi Montero for $38,633.09, more or less, from Boch Mitsubishi in Norwood, Massachusetts. BERRIOS could not qualify based on his own income and credit history for the loan required to finance the purchase of this vehicle. Instead, in order to obtain the necessary financing, Cabrera accompanied BERRIOS to Boch Mitsubishi and represented himself to be Nelson Roman, a true person.

4.    Cabrera presented a forged New York State Driver's License with Nelson Roman's identification information, but with Cabrera's photograph, and also provided Nelson

Roman's social security number.  Cabrera, posing as Nelson Roman, signed the loan application, which purported to bind Nelson Roman to guarantee the repayment of the loan.

5.    BERRIOS also provided a forged payroll certificate, which purported to show his income and employment status at the time of the loan application.  BERRIOS knew at that time that this payroll certificate was not his.

6.    BERRIOS signed the loan application submitted to Mitsubishi Motors Credit of America, Inc., in which he attested to the truth and accuracy of all the information contained in the loan application, though in truth and in fact he knew that the loan application contained numerous material false representations.

## COUNT ONE: (18 U.S.C. § 1341 – Mail Fraud)

The Grand Jury further charges that:

7.      Paragraphs 1-6 are incorporated by reference as though fully set forth herein.

8.      On or about March 7, 2003, at Norwood in the District of Massachusetts,

### GEORGE L. BERRIOS

defendant herein, working with Luis Cabrera, a separately charged individual, and others not

known to the Grand Jury, having devised and intending to devise a scheme and artifice to defraud

and for obtaining money and property by means of false and fraudulent pretenses,

representations, and promises, for the purpose of executing and attempting to do so, did cause

persons to place in post offices and authorized depositories for mail matter, matters and things to

be sent and delivered by the United States Postal Service or by private or commercial carrier, and

caused to be deposited matters and things to be sent or delivered by the United States Postal

Service or by a private or commercial interstate carrier, and took and received therefrom such

matters and things, and knowingly caused to be delivered by the United States Postal Service

mail or by private or commercial carrier according to the directions thereon, such matters and

things, to wit, a loan application and other documents from Boch Mitsubishi in Massachusetts to

Mitsubishi Motors Credit of America, Inc. in California.

All in violation of Title 18, United States Code, Sections 1341 and 2.

<u>COUNT TWO</u>: (18 U.S.C. § 1343 – Wire Fraud)

The Grand Jury further charges that:

     9.     Paragraphs 1-6 are incorporated by reference as though fully set forth herein.

    10.     On or about March 7, 2003, at Norwood in the District of Massachusetts,

**GEORGE L. BERRIOS**

defendant herein, working with Luis Cabrera, a separately charged individual and others not

known to the Grand Jury, having devised the above-described scheme and artifice to defraud and

obtain money or property by means of false pretenses, for the purpose of executing and in order

to effect the scheme and artifice to defraud and obtain money or property, did knowingly cause to

be transmitted by means of wire communication in interstate and foreign commerce, writings,

signs, signals, pictures, and sounds for the purpose of executing such scheme and artifice, to wit,

a loan application and other documents from Boch Mitsubishi in Massachusetts to Mitsubishi

Motors Credit of America, Inc. in California.

    All in violation of Title 18, United States Code, Sections 1343 and 2.

4

## <u>NOTICE OF ADDITIONAL FACTORS</u>

The Grand Jury further finds that:

      1.   The offense described above involved an organized scheme to steal vehicles.

Accordingly, U.S.S.G. § 2B1.1(b)(10) applies to this case.

A TRUE BILL

_____
FOREPERSON OF GRAND JURY

_____
Seth P. Berman
Assistant U.S. Attorney

DISTRICT OF MASSACHUSETTS, Boston, November _i_7_, 2004. @ //: 5ᗺ

Returned into the District Court by the Grand Jurors and filed.

_____
Deputy Clerk

6

%JS 45 (5/97) - (Revised USAO MA 1/15/04)
**Criminal Case Cover Sheet** 04 CR 10341 GAO   **U.S. District Court - District of Massachusetts**

**Place of Offense:** _____   **Category No.** II   **Investigating Agency** POSTAL INSPECTORS

**City** Norwood   **Related Case Information:**

**County** Norfolk   Superseding Ind./ Inf. _____ Case No. _____
Same Defendant _____ New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   GEORGE BERRIOS   Juvenile   ☐ Yes   ☒ No

Alias Name _____

Address   72 Washington Steet, Dedham, MA 02026

Birth date (Year only): 1979  SSN (last 4 #): 4174  Sex M  Race: Bl-Hisp  Nationality: USA

**Defense Counsel if known:** _____   **Address:** _____

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** Seth P. Berman   **Bar Number if applicable** 629332

**Interpreter:** ☐ Yes ☒ No   **List language and/or dialect:** _____

**Matter to be SEALED:** ☒ Yes   ☐ No

☒ **Warrant Requested**   ☐ **Regular Process**   ☐ **In Custody**

**Location Status:**

**Arrest Date:** _____

☐ **Already in Federal Custody as** _____ **in** _____ .
☐ **Already in State Custody** _____ ☐ **Serving Sentence** ☐ **Awaiting Trial**
☐ **On Pretrial Release:** **Ordered by** _____ **on** _____

**Charging Document:** ☐ Complaint   ☐ Information   ☒ Indictment

**Total # of Counts:** ☐ Petty _____ ☐ Misdemeanor _____ ☒ Felony  Two

**Continue on Page 2 for Entry of U.S.C. Citations**

☒   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 11/17/04   **Signature of AUSA:** _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number (To be filled in by deputy clerk):** _____

**Name of Defendant**    **GEORGE BERRIOS** _____

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 1341 | Mail Fraud | One |
| Set 2 | 18 U.S.C. § 1343 | Wire Fraud | Two |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**