AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

## DISTRICT OF

UNITED STATES OF AMERICA

V.

GEORGE L. BERRIOS

**WARRANT FOR ARREST**

04 CR 10841 GAO

CASE NUMBER:

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest          GEORGE L. BERRIOS
                                                          Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment ☐ Information ☐ Complaint ☐ Order of court ☐ Violation Notice ☐ Probation Violation Petition

charging him or her with (brief description of offense)
Mail Fraud and Wire Fraud

RECEIVED
U.S. MARSHAL SERVICE
BOSTON, MA
2004 NOV 17 P 4: 15

in violation of
Title                        18          United States Code, Section(s)  1341, 1343

_Katherine M. Gault_
Name of Issuing Officer

_Katherine M. Gault_
Signature of Issuing Officer

_Supervisor_
Title of Issuing Officer

_11-17-04  Boston_
Date and Location

Bail fixed at $                                by
                                                          Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | WARRANT EXECUTED BY ARREST/ARRAIGNMENT OF THE DEFENDANT ON 12/9/04 | |

This form was electronically produced by Elite Federal Forms, Inc.