UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) ) ) | **CRIMINAL NO. 04-10341-GAO** |
| v. | ) ) | |
| **GEORGE L. BERRIOS** | ) ) ) | |

## MOTION FOR ARREST WARRANT

The United States, by and through its attorneys, United States Attorney Michael J. Sullivan and Assistant United States Attorney Seth P. Berman, moves for the Court to revoke the order of release issued on December 13, 2004 and to issue an arrest warrant for defendant George L. Berrios. As grounds therefore, the government states that Pretrial Services has notified the government that defendant George L. Berrios has failed to report to Pretrial Services as required by the Court, and has moved out of the address at which he had been living without notifying Pretrial Services, both actions in violation of the conditions of defendant's release.

WHEREFORE, the United States respectfully moves, pursuant to 18 U.S.C. §3148(b), that the Court find that defendant George L. Berrios has violated the conditions of his pretrial release and consequently revoke the release of George L. Berrios and issue an arrest warrant for defendant George L. Berrios.

        Respectfully Submitted,

        MICHAEL J. SULLIVAN
        United States Attorney
        By:

        /s/ Seth P. Berman
        SETH P. BERMAN
        Assistant U.S. Attorney
        (617) 748-3385

December 30, 2004

CERTIFICATE OF SERVICE

This is to certify that I have this day served upon the person listed below a copy of the foregoing document by depositing in the United States mail a copy of same in an envelope bearing sufficient postage for delivery:

       Peter Krupp
       Lurie & Krupp, LLP
       One McKinley Square
       Boston, MA 02109

This 30th day of December, 2004.

       /s/ Seth P. Berman
       SETH P. BERMAN
       ASSISTANT UNITED STATES ATTORNEY