UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.

GEORGE BERRIOS
     Defendant

CRIMINAL CASE
NO. 04-10341 GAO

REPORT & ORDER ON
FINAL STATUS CONFERENCE

ALEXANDER, U.S.M.J.

On January 13, 2005, the parties appeared before this Court for an Initial and Final Status Conference. With regard to the following issues, the parties have represented that:

1. On December 30, 2004, the government filed a motion to issue arrest warrant. On that same day, this Court ALLOWED the motion and issued an arrest warrant. As of this date the defendant is still a fugitive.

2. The parties requested that the case be returned to the District Judge for further disposition. The Court ALLOWED the oral motion.

3. (a) Total amount of time ordered excluded under the Speedy Trial Act: December 9, 2004, until January 7, 2004 (28 days) and January 7, 2004, until such time as the defendant is aprehended.
  (b) The total amount of time to proceed to trial is seventy (70) days as of January 7, 2005;
  (c) There are no pending or anticipated motions that may cause additional excludable time under the Speedy Trial Act;

IT IS HEREBY ORDERED THAT

Whereas all pre-trial matters referred to this Court by the District Judge have been resolved, the case is hereby returned to the District Judge.

1

HONORABLE JOYCE LONDON ALEXANDER
UNITED STATES MAGISTRATE JUDGE
By the Court:

/S/ Rex Brown
Courtroom Clerk

January 28, 2005
Date